UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AUSTIN AITKEN, *Pro Se*, | ) | Case No.: 1:07 CV 106 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| TAYLOR BEAN & WHITAKER | ) | |
| MORTGAGE CORP., | ) | |
| | ) | |
| Defendant | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendant's Motion for Summary Judgment in a separate Order of the same date, hereby enters judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

<u>/s/ *SOLOMON OLIVER, JR.*</u>
UNITED STATES DISTRICT JUDGE

March 19, 2008